IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41520
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GRACIANO CASTANEDA, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-238-4
- - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Graciano Castaneda, Jr., appeals from his convictions for conspiracy to possess cocaine with intent to distribute and possession of cocaine with intent to distribute. He argues that the district court abused its discretion by admitting into evidence his prior conviction for possession and delivery of cocaine. We have reviewed the record and find no reversible error. See United States v. Wilwright, 56 F.3d 586, 589 (5th Cir. 1995). Accordingly, the judgment of the district court is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.